```
CLERK'S OFFICE U.S. DIST. COURT
       AT ROANOKE, VA
            FILED
         JUN 2 2 2005
  JOHN F. CORCORAN, CLERK
  BY:
       DEPUTY CLERK
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| JOSE DUBON, # 314871,<br>  Plaintiff, | Civil Action No. 7:05-CV-00395 |
| v. | **FINAL ORDER** |
| M. STANFORD, et al.<br>  Defendants. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED** and **ORDERED** that this action shall be and hereby is **FILED** and **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1); and this case will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to the plaintiff and counsel of record for the defendants, if known.

**ENTER**: This 22nd day of June, 2005.

/s/ Jackson L. Kiser
Senior United States District Judge

Dockets.Justia.com